IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ROSA IVETTE MATOS LOPEZ

DEBTOR(S)

CASE NO. 16-05055-ESL

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 08/22/2016. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: tbd

3. With respect to the attached payment plan:

PLAN DATE: June 25, 2016        PLAN BASE: $21,360.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 9/13/2016

[ ] FAVORABLE        [X] UNFAVORABLE

**1. [X] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):**

**Debtor needs to provide an appraisal to review property's value.**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$242.00/$2,758.00

Atty: ROBERTO ARISTIDES

/s/ Miriam Salwen Acosta
Miriam Salwen Acosta

USDC # 208910
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - LV